UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>WALTER MOORING,<br><br>             Defendant. | CASE NO. CR12-113-JCC<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on July 18, 2016. The United States was represented by Tom Woods, and defendant was represented by Brent Hart. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

Defendant had been convicted on or about February 1, 2013, on charges of burglary of a U.S. Post Office, and aggravated identity theft. The Hon. John C. Coughenour of this court sentenced defendant to 9 months and 24 months in custody, followed by three years of supervised release. He served this term of imprisonment, and began his term of supervised release on April 1, 2016.

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE - 1

## PRIOR ALLEGED VIOLATIONS, AND MODIFICATION OF CONDITIONS

On June 20, 2016, the USPO alleged defendant had been using alcohol. The court adopted the USPO's recommendation, and required defendant to complete a substance abuse assessment and increased testing frequency.

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSIONS

In a petition dated July 3, 2016, supported by a memorandum dated July 5, 2016, USPO Julie Jansen alleged that defendant violated the conditions of supervised release in three respects:

1. Committing the crime of assault in Lynnwood, WA on July 2, 2016;

2. Committing the crime of malicious mischief in Lynnwood, WA on July 2, 2016; and ;

3. Consuming alcohol in Lynnwood WA on July 2, 2016.

I advised defendant as to these charges and as to his constitutional rights. He admitted all of these alleged violations, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing before Judge Coughenour.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release in the three respects alleged, and conduct a disposition hearing. The court scheduled that hearing for August 23, 2016 at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE - 2

The court detained defendant, pending that hearing.

DATED this <u>18th</u> day of July, 2016.

                  <u>s/ JOHN L. WEINBERG</u>
                  United States Magistrate Judge

| cc: | | | |
|---|---|---|---|
| | Sentencing Judge | : | Hon. John C. Coughenour |
| | Assistant U.S. Attorney | : | Tom Woods |
| | Defense Attorney | : | Brent Hart |
| | U. S. Probation Officer | : | Julie Jansen |

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE - 3